the Court of Federal Claims. The court, therefore, did not err in ordering the dismissal of her complaint.

For the foregoing reasons, the order and judgment of the Court of Federal Claims dismissing Ms. Velez's complaint are affirmed.

**AFFIRMED**

No costs.

**JUDGMENT**

Per Curiam (Dyk, Plager, and Reyna, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**LG ELECTRONICS, INC., Appellant**

v.

**TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA COR- PORATION, Appellee**

2015–1822

United States Court of Appeals, Federal Circuit.

June 13, 2016

**LG ELECTRONICS, INC., Appellant**

v.

**TOSHIBA SAMSUNG STORAGE TECHNOLOGY KOREA COR- PORATION, Appellee**

2015–1823

United States Court of Appeals, Federal Circuit.

June 13, 2016

STEVEN M. LIEBERMAN, Rothwell, Figg, Ernst & Manbeck, P.C., Washington, DC, argued for appellant. Also represented by MICHAEL VINCENT BATTAGLIA.

JOSEPH A. RHOA, Nixon & Vanderhye P.C., Arlington, VA, argued for appellee. Also represented by UPDEEP GILL.

STEVEN M. LIEBERMAN, Rothwell, Figg, Ernst & Manbeck, P.C., Washington, DC, argued for appellant. Also represented by MICHAEL VINCENT BATTAGLIA.

JOSEPH A. RHOA, Nixon & Vanderhye P.C., Arlington, VA, argued for appellee. Also represented by UPDEEP GILL.

## JUDGMENT

Per Curiam (Dyk, Plager, and Reyna, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

GRIMALDI, BRIAN ANDREA, PAUL WHITFIELD HUGHES; KYLE E. FRIESEN, Houston, TX.

## JUDGMENT

Per Curiam (Prost, Chief Judge, O'Malley and Chen, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## MODDHA INTERACTIVE, INC.,
### Plaintiff–Appellant

v.

## PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,
### Defendant–Appellee

Philips Electronics North America, Inc, Does 1–20, Inclusive, Defendants

2015–2048

United States Court of Appeals, Federal Circuit.

June 13, 2016

Johnny J. TOLBERT, Jr., Petitioner

v.

## DEPARTMENT OF JUSTICE,
### Respondent

2015–3162

United States Court of Appeals, Federal Circuit.

June 13, 2016

RANDALL KEITH SCHMITT, McCorriston Miller Mukai MacKinnon, LLP, Honolulu, HI, argued for plaintiff-appellant. Also represented by JESSICA M. WAN.

BRIAN ROSENTHAL, Mayer Brown LLP, Washington, DC, argued for defendant-appellee. Also represented by ALAN M.

AARON LOUIS MARTIN, Martin Law Firm, Fayetteville, AR, argued for petitioner.

DANIEL KENNETH GREENE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., SCOTT D. AUSTIN; JOHN T. LEMASTER, Federal Bureau of Prisons, United States Department of Justice.